# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. PARKS, | CASE NO. 1:11-cv–00999-BAM PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS |
| O. ONYEJE, et al., | (ECF No. 17) |
| Defendants. | |

Plaintiff Steven D. Parks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed May 30, 2012, against Defendant Onyeje for deliberate indifference to Plaintiff's Valley Fever in violation of the Eighth Amendment. (ECF No. 13.) On June 15, 2012, an order issued directing the United States Marshal to initiate service of process of the first amended complaint on Defendant Onyeje. (ECF No. 14.) On October 22, 2012, Plaintiff filed a motion for sanctions against Defendant for failure to respond to the complaint. (ECF No. 17.)

Plaintiff is proceeding in forma pauperis and is entitled to service by the United States Marshal. Although service has been ordered, Defendant has not filed a waiver of service nor has the Marshal filed a return of service form showing personal service on Defendant. Further, once service is effected, Defendant has twenty one days in which to file an answer or other responsive pleading following personal service or sixty days in which to file a responsive pleading if he waives personal service. Fed. R. Civ. P. 12(a).

The Court has requested status of service from the Marshal. Plaintiff will be notified should

any further information be necessary to effect service of process.  Accordingly, Plaintiff's motion for an order, filed October 22, 2012, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:    **October 23, 2012**            /s/ **Barbara A. McAuliffe**
                                                               UNITED STATES MAGISTRATE JUDGE