# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. PARKS, | CASE NO. 1:11-cv–00999-BAM PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| O. ONYEJE, et al., | (ECF No. 22) |
| Defendants. | |

Plaintiff Steven D. Parks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed May 30, 2012, against Defendant Onyeje for deliberate indifference to Plaintiff's Valley Fever in violation of the Eighth Amendment. (ECF No. 13.) On June 15, 2012, an order issued directing the United States Marshal to initiate service of process of the first amended complaint on Defendant Onyeje. (ECF No. 14.) On October 22, 2012, Plaintiff filed a motion for sanctions against Defendant for failure to respond to the complaint. (ECF No. 17.) On October 23, 2012, an order issued denying Plaintiff's motion for sanctions. (ECF No. 18.) On November 1, 2012, Plaintiff filed objections to the motion for sanctions and a waiver of service was returned executed by Defendant Onyeje. On November 6, 2012, an order issued addressing Plaintiff's objections and informing Plaintiff that Defendant's answer to the complaint is not due until December 3, 2012.

/////

/////

1

1 | Accordingly, Plaintiff's request for default, filed November 7, 2012, is HEREBY DENIED,
2 | and any further motions for sanctions or motions for default filed prior to the deadline for Defendant
3 | to respond to the complaint shall be stricken from the record.
4 | IT IS SO ORDERED.

5 | Dated:   **November 9, 2012**                           /s/ **Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE