# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. PARKS,<br><br>           Plaintiff,<br><br>     v.<br><br>O. ONYEJE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:11-cv–00999-BAM PC<br><br>ORDER ADDRESSING PLAINTIFF'S MOTION FOR CLARIFICATION AND DIRECTING THE CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF THE WAIVER OF SERVICE<br><br>(ECF Nos. 20, 24) |

   On November 26, 2012, Plaintiff filed a motion for clarification of the Court's order and requested a copy of the waiver of service returned by Defendant Onyeje. (ECF No. 24.) The Court shall direct the Clerk's Office to send a copy of the waiver of service to Plaintiff. Plaintiff has been informed that no further motions for sanctions or requests for default shall be filed prior to the deadline for Defendant to respond to the complaint. Plaintiff is advised that any further motions or requests addressing service shall be stricken from the record.

   Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall forward Plaintiff a copy of the waiver returned by Defendant Onyeje on November 1, 2012.

   IT IS SO ORDERED.

Dated:  **November 27, 2012**                    **/s/ Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE

1