# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. PARKS,  | CASE NO. 1:11-cv–00999-BAM PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT |
| O. ONYEJE, et al., | (ECF Nos. 28, 29) |
| Defendants. | |

Plaintiff Steven D. Parks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed May 30, 2012, against Defendant Onyeje for deliberate indifference to Plaintiff's Valley Fever in violation of the Eighth Amendment. (ECF No. 13.) On December 3, 2012, Defendant Onyeje filed a motion to dismiss. (ECF No. 26.) Plaintiff filed a motion for default and request for entry of default on December 10, 2012. (ECF No. 28, 29.)

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). In this instance, Defendant filed a timely motion to dismiss in response to Plaintiff's complaint. Accordingly, Plaintiff's motion for default and motion for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **December 11, 2012**             /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE

1