# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. PARKS, | CASE NO. 1:11-cv–00999-BAM PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR CONFERENCE PHONE CALL |
| O. ONYEJE, et al., | (ECF No. 33) |
| Defendants. | |

Plaintiff Steven D. Parks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed May 30, 2012, against Defendant Onyeje for deliberate indifference to Plaintiff's Valley Fever in violation of the Eighth Amendment. (ECF No. 13.) Defendant filed a motion to dismiss for failure to exhaust administrative remedies and for failure to state a claim on December 3, 2012. (ECF No. 26). Plaintiff has not yet filed an opposition to the motion. On December 20, 2012, Plaintiff filed a notice of interlocutory appeal, which has been processed to the Ninth Circuit Court of Appeals.

In the instant motion, Plaintiff requests a conference call with the Court regarding the status of this action. A conference call is unnecessary and Plaintiff's request is DENIED. As noted, there is a pending motion to dismiss and a pending interlocutory appeal in this action.

IT IS SO ORDERED.

Dated:   **January 7, 2013**         /s/ **Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE

1