1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  STEVEN D. PARKS, | CASE NO. 1:11-cv-00999-BAM PC |
| 10           Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS |
| 11      v. | PROCEDURALLY DEFICIENT |
| 12  O. ONYEJE, et al., | (ECF No. 35) |
| 13           Defendants. | |
| 14 _____/ | |

15      Plaintiff Steven D. Parks is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's first

17  amended complaint, filed May 30, 2012, against Defendant Onyeje for deliberate indifference to

18  Plaintiff's Valley Fever in violation of the Eighth Amendment.  (ECF No. 13.)

19      Defendant filed a motion to dismiss for failure to exhaust administrative remedies and for

20  failure to state a claim on December 3, 2012. (ECF No. 26.)  Plaintiff has not yet filed an opposition

21  to the motion. On December 20, 2012, Plaintiff filed a notice of interlocutory appeal. (ECF No. 38.)

22  The appeal has been processed and is pending before the Ninth Circuit Court of Appeals.  On

23  December 19, 2012, Plaintiff filed the instant motion for partial summary judgment pursuant to

24  Federal Rule of Civil Procedure 56.  (ECF No. 35.)

25      "Each motion for summary judgment or summary adjudication shall be accompanied by a

26  'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts

27  relied upon in support of the motion and cite the particular portions of any pleading, affidavit,

28  deposition, interrogatory answer, admission, or other document relied upon to establish that fact.

1 The moving party shall be responsible for the filing of all evidentiary documents cited in the moving

2 papers." Local Rule 260(a).  Plaintiff's motion for partial summary judgment, which is comprised

3 of only three paragraphs, does not satisfy the criteria set forth in Local Rule 260(a).

4      A moving party's failure to separately enumerate the proffered undisputed facts makes a

5 responding party's burden more difficult.  In fact-specific cases, the court is disinclined to overlook

6 the failure to submit a separately enumerated Statement of Undisputed Facts.  Given that the failure

7 to dispute an offered undisputed fact is normally deemed an admission, the court will not consider

8 the narrative portion of the motion to be sufficient compliance with the Local Rule.

9      Based on the foregoing, Plaintiff's motion for partial summary judgment is HEREBY

10 STRICKEN from the record as procedurally defective.

11      IT IS SO ORDERED.

12 **Dated:   January 7, 2013**                    **/s/ Barbara A. McAuliffe**

13                                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2